UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APRIL PARKER,

        Plaintiff(s),

v.

WEBER AND OLCESE, PLC, et al.

        Defendant(s).
_____/

Case No. 09-14753

Judge  Sean F. Cox

Magistrate Judge  Mona K. Majzoub

**NOTICE OF CORRECTION**

Docket entry number  __29__, filed  __5/26/2011__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact  __Jennifer Hernandez__  at  __(313) 234-2653__.

DAVID J. WEAVER, CLERK OF COURT

Dated: May 26, 2011

s/ Jennifer Hernandez
Deputy Clerk